```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                          :
:
             -against-                                      :         24-MJ-4075 (VEC)
:
JEREMIAH TORRES,                                       :         ORDER
                              Defendant.              :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 15, 2025, the parties requested that the Court schedule an arraignment and plea hearing, and informed the Court that Mr. Torres intends to waive indictment and plead guilty to the sole count of the Information.

IT IS HEREBY ORDERED that a hearing in this matter will be held on **Friday, May 23, 2025, at 3:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  May 15, 2025
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**