USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                            :
:
          -against-                                :    24-CR-250 (VEC)
:
JEREMIAH TORRES,                                    :    ORDER
                    Defendant.       :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on May 30, 2025, Mr. Torres waived indictment and pled guilty to Count One of the Information before Magistrate Judge Tarnofsky;

      WHEREAS Mr. Torres's sentencing is scheduled for August 28, 2025 at 11:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007;

      WHEREAS the Court has reviewed the transcript of the plea proceeding that was held before Magistrate Judge Tarnofsky; and

      WHEREAS the Court finds that there is an adequate factual basis for the Defendant's guilty plea; that Mr. Torres understands the rights he is giving up and waived those rights knowingly and voluntarily; Mr. Torres understands the consequences of his plea, including the potential sentences that may be imposed.

      IT IS HEREBY ORDERED because Mr. Torres' guilty plea was entered knowingly and voluntarily and was supported by an independent factual basis for each and every element of the crime(s) charged, the Court accepts his guilty plea.

IT IS FURTHER ORDERED that sentencing submissions must be filed by no later than August 8, 2025.

**SO ORDERED.**

Date: **June 16, 2025**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**

2