USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA :
 :
              -against- :      24-CR-250 (VEC)
 :
JEREMIAH TORRES, :      <u>ORDER</u>
              Defendant. :
 :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Mr. Torres's sentencing is scheduled for August 28, 2025 at 11:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

       IT IS HEREBY ORDERED Mr. Torres's sentencing is ADJOURNED to September 30, 2025 at 11:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

       IT IS FURTHER ORDERED that sentencing submissions must be filed by no later than September 12, 2025.

**SO ORDERED.**

**Date:  June 17, 2025**
**New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**