```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                -against-                                      :    25-CR-250 (VEC)
                                                                  :
JEREMIAH TORRES,                                                  :    ORDER
                            Defendant.            :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Mr. Torres's sentencing is scheduled for **September 30, 2025** at **11:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

      IT IS HEREBY ORDERED that Mr. Torres's sentencing will take place on **September 26, 2025** at **2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  August 19, 2025
           New York, NY

                                                                   **VALERIE CAPRONI**
                                                                  **United States District Judge**