```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               :
                    -against-                                  :   25-CR-250 (VEC)
                                                               :
JEREMIAH TORRES,                                               :   ORDER
                                        Defendant.             :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   The parties are scheduled to appear for a sentencing hearing in this matter on **Friday, September 26, 2025, at 2:30 P.M.**  Please be advised that the Court is considering imposing a sentence that would constitute an upward variance from the applicable guideline range.

**SO ORDERED.**

Date:  September 23, 2025
       New York, NY

                                           _____
                                                 **VALERIE CAPRONI**
                                           **United States District Judge**